UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JAVIER TORRES,

                Plaintiff,

    v.

INVESTORS BANK F/K/A INVESTORS
SAVINGS BANK,

                Defendant.

Civ. No. 15-1637

ORDER

**THIS MATTER** having come before the Court by way of Defendant Investors Bank's Motion to Dismiss, Dkt. No. 6;

and it appearing that the motion to dismiss advances two arguments for dismissal: (1) statute of limitations bars the case; and (2) transfer of only the mortgage, not the note, does not initiate a mandatory reporting event under 15 U.S.C. § 1641(g);

and it appearing that because the Complaint alleges that the relevant transfer occurred on November 20, 2014, and the Complaint was filed within one year therein, the statute of limitations does not bar this action;

and it appearing that the Complaint alleges that both the mortgage and note were transferred on November 20, 2014, see Compl. ¶ 15, so Defendant's argument that mere transfer of the mortgage without the note does not create a mandatory reporting event is inapplicable;

and for good cause shown;

**IT IS** on this 30th day of November, 2015;

**ORDERED** that Defendant's Motion to Dismiss is hereby **DENIED**.

_/s/ Madeline Cox Arleo_
**Madeline Cox Arleo**
**United States District Judge**