UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAVIER TORRES,<br><br>               Plaintiff,<br><br>-against-<br><br>INVESTORS BANK BANK/ aka INVESTORS SAVINGS BANK; CITIMORTGAGE, INC.; JOHN DOES I-X,<br><br>               Defendants. | Civil Action No. 15-01637 (JMV)(MF)<br><br>Hon. John Michael Vazquez, U.S.D.J.<br>Hon. Mark Falk, U.S.M.J.<br><br>*(Document Electronically Filed)*<br><br>**STIPULATION OF DISMISSAL WITH <u>PREJUDICE AND WITHOUT COSTS</u>** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Javier Torres, and Defendants Investors Bank and CitiMortgage, Inc., by and through their respective undersigned counsel, that the above-captioned action be and the same hereby is dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: _____, 2016

| | |
|---|---|
| DENBEAUX & DENBEAUX<br>366 Kinderkamack Road<br>Westwood, New Jersey 07675<br>(201) 664-8855<br>*Attorneys for Plaintiff*<br><br>/s/ ~~Adam Deutsch~~<br>JOSHUA W. DENBEAUX | SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 643-7000<br>*Attorneys for Defendants Investors Bank and CitiMortgage, Inc.*<br><br>/s/ _____<br>Joshua N. Howley<br>Laura M. Kessler |